PETER H. BUSH, Respondent, *v.* CROTON FALLS CONSTRUCTION COMPANY, Appellant.

*Bush* v. *Croton Falls Construction Co.*, 156 App. Div. 916, affirmed.
(Argued April 16, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged, in substance, that the defendant was at the time of the accident engaged in building the Croton Falls reservoir dams for the city of New York; that the plaintiff was an engineer employed by the city upon the work; that one of the stones which the defendant was putting into the dam broke apart and fell from the chains of a derrick by which it was being transported, striking the plaintiff and knocking him from the dam, with resulting injuries.

*Claude V. Pallister* for appellant.

*William McCauley* and *Frank Comesky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.